**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| KAREN HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:12-cv-1595-RLY-DML |
| | ) | |
| FINANCIAL CARE OF WABASH | ) | |
| VALLEY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendants and against the plaintiff. The plaintiff shall take nothing by her third amended complaint and this action is terminated.

Date:   3/17/2016

Laura Briggs, Clerk of Court

By: __ Dina M. Dale __
       Deputy Clerk

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Karen Hill
5829 Bolton Ct., #102
Indianapolis, IN 46219

Electronically Registered Counsel